UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

TERRELL HICKS,

                        Plaintiff,

-v-

THE CITY OF NEW YORK; New York City Police Department ("NYPD") Detective ("DET.") JOSEPH ROSARIO, Shield No. 3759 and NYPD DET. JOHN DOE (in their individual and official capacities),

                        Defendants.

------------------------------------------------------------------x

**DECLARATION OF SERVICE ON THE CITY OF NEW YORK**

**12-CV-3502 (RWS)**

    Robert M. Quackenbush, an attorney duly licensed to practice law in this Court, does hereby declare under penalties of perjury:

    I am over 18 years of age and am not a party to this action.

    On May 4, 2012, at approximately 9:50 a.m., at 100 Church Street, 4th Floor, I served a **Summons, a Complaint and Demand for a Jury Trial,** and a **NYCPL § 160.50[1][d] Release for Sealed Records** upon **THE CITY OF NEW YORK**, defendant therein named, by delivering and leaving a true copy of the documents with a person of suitable age and discretion, *to wit*, Lumumba Ansah.

    Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstance of service as follows:

| Sex: Male | Race: African | Hair: Black |
|---|---|---|
| Approx Age: 40 | Approx. Height: 6'0" | Approx Weight: 180 lbs. |

Dated:    New York, New York
               May 4, 2012

By: _____
     Robert M. Quackenbush