UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

TERRELL HICKS,

                                    Plaintiff,

    -v-

THE CITY OF NEW YORK; New York City Police Department ("NYPD") Detective ("DET.") JOSEPH ROSARIO, Shield No. 3759 and NYPD DET. JOHN DOE (in their individual and official capacities),

                                    Defendants.

------------------------------------------------------------------x

**ORDER TO SHOW CAUSE**

**12-CV-3502 (RWS)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-14-12

      Upon the annexed declaration of Robert M. Quackenbush of the Law Office of Rankin and Taylor, attorneys for the plaintiff in the above-referenced action, dated May 9, 2012; the exhibits annexed thereto; and the memorandum of law dated May 9, 2012, it is

      **ORDERED** that the defendants or their attorneys show cause before a motion term of this Court, at Room _18C_, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _May 23_, 2012 at _12_ o'clock in the _____ noon or as soon thereafter as counsel may be heard, why an order should not be issued enjoining the defendants during the pendency of this action from:

1. Exempting this case from Parts III, IV, and V of this Court's Plan for Certain §1983 Cases Against the City of New York; and

2. Compelling defendant CITY OF NEW YORK to produce to plaintiff's counsel the last known address of defendant (retired) New York City Police Department Detective JOSEPH ROSARIO (Shield No. 3759); or, in the alternative, directing defendants to appoint a local

agent who will accept service of process for defendant (retired) New York City Police Department Detective JOSEPH ROSARIO.

*It is further ORDERED* that that a copy of this Order, together with the papers upon which it is granted be personally served upon defendant THE CITY OF NEW YORK or its counsel (if he or she has appeared in this action) on or before _five_ o'clock in the afternoon, _May 11_, 2012 shall be deemed good and sufficient service thereof.

*It is further ORDERED* that defendants shall serve by hand delivery upon plaintiffs' counsel any opposition to the above motion no later than _five_ o'clock in the afternoon, _May 21_, 2012; and that plaintiffs shall serve by hand delivery upon defendants' counsel any reply in support of the above motion no later than _five_ o'clock in the afternoon, _May 22_, 2012.

No prior request for this relief has been sought or received by any party in this action.

Dated:  New York, New York
        _May 1_, 2012

Issued: _12 15 pm._

_____
U.S.D.J.  Sweet